**LAW OFFICES OF DENNIS P. BLOCK & ASSOCIATES**
DENNIS P. BLOCK, SBN 70194
5437 Laurel Canyon Boulevard, Second Floor
Valley Village, California 91607
(323) 938-2868
(323) 938-6069 fax
eservice@evict123.com

JS-6

Attorneys for Plaintiff,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **VERMONT AVENUE FEE OWNER LLC**, a Delaware Limited Liability Co., <br><br> Plaintiff; <br><br> v. <br><br> **DESTINY CARRERA**, <br><br> Defendant. | Case No.: 2:21-cv-008461-VAP-MAAx <br><br> **ORDER** |

    Upon reading the application of Plaintiff, and it appearing to the Court that good cause exists for the granting thereof,

    After having considered the application of the Plaintiff, and it appearing to the satisfaction of this court that good cause appears therefore:

    I**T IS ORDERED** that the application be, and it hereby is, GRANTED, and that Plaintiff's Ex Parte Application to remand is GRANTED; and that this case be remanded back to the Los Angeles County Superior Court, Stanley Mosk Courthouse from whence it came.
IT IS SO ORDERED.

Dated: 11/17/21

                                                /s/ Virginia A. Phillips
                                               UNITED STATES DISTRICT JUDGE